UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PADILLA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-00704-JDP<br><br>ORDER GRANTING PLAINTIFF'S<br>REQUEST FOR AN EXTENSION<br><br>ECF No. 13 |

Plaintiff's request for an extension of time, ECF No. 13, is granted. Plaintiff shall have until close of business on February 3, 2020, to file an opening brief. Further extensions will not be granted absent extraordinary circumstances.

IT IS SO ORDERED.


Dated:   December 24, 2019         _____
                                   UNITED STATES MAGISTRATE JUDGE




    No. 205.